ORIGINAL

Provided to Suwannee Correctional Institution on:

MAY 13 2022

for mailing, by: [signature]

United States District Court
300 N. Hogan St. Suite 9-150
Jacksonville, Florida
32202-4271

3:22-cv-543-MMH-LLL

FILED 5/16/22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# GENERAL AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF** Suwannee

I, Andre L. Sheffield #116194, do hereby swear or affirm that the following statement is true and correct, and make of my own free will, from my own personal knowledge.

On MAY 12th, 2022, at approximately 9:40 AM/PM: C/O Duren, Approached my Assigned Cell H3-112 At Suwannee C.I. Under the guise I had A Doctors Call-Out. When I Got out to the Sick Call room Nurse, Skeen, told Duren, to get my weight, I was Then told To come in And sit down; At that time Nurse Skeen, Had taped A Blue diaper to the bottom half of the Glass door, c/o Duren, closed the door, Then The Lt. Walker, came out of his office, pulled Duren, in the hallway, advised him how he Wanted it done, Went back into his office with ARNP Rebecca Baratone, Duren, came back into the Sick Call Room, closed the door, Then Nurse Skeen Stated "This is What you And Any other inmate Who Writes myself up, or any other Staff in H-dormitory, at that time, c/o Duren, and c/o Redman, began punching myself in the head And left Side of my back Repeatedly, Stating, Were Gona Kill Your black Ass at Suwannee C.I. For Filing all this Shit everywhere on these Staff, you better Not Write this up or Were Gona pull overtime and Fuck you up again on the 4 to 12 Shift! Duren and Redman Went on To State " you better dismiss that injunction pending Against Rosado, Case No: 2022-0010-RV before that hearing or When I get your Ass off camera next time in this medical room, going to Medical or Dental, Were Gona take you down And really Fuck you up And Hit the Button And Get traffic Control to come down And Stomp your head inn, And Put you on Close management, And the Lt. Just told me to tell you that!"

This is The Second time Duren and Redman have Assaulted

myself since The initiation of the injunction for protection 4/13/22 I Recently Ammended said 5/10/22 And Again 5/12/22 To add C/O Redman, C/O Duren, Nurse Skeen.

I've been Threatend by Nurse Skeen, to Send Word to Suwannee Annex When I'm released From H-dormitory on discharge She's Gone insure I Get Stabbed up, And Show myself Who I'm Fucking With!

It Should be Noted (ARNP N. Cooke) And (ARNP R. Baratone) Kept myself at this Unit for this particular reason requested By Security!

The left side of my Ribs Are Swollen, I CANT sleep on That side.

UNDER THE PENALTIES OF PERJURY, I declare that I have read the foregoing sworn affidavit and the facts stated herein are true and correct in accordance with section 92.525 (2007), Florida Statutes.

Executed on this 13th day of MAY 2022.

Respectfully submitted,

/S/ Andre Sheffield

(printed name) Andre Sheffield #116194
(address) Suwannee Corr. Inst.
5964 U.S. Hwy 90
Live Oak, Fla
32060
H3-112